**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MICHAEL LEON WATTS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN E. RICOLCOL,<br><br>Respondent. | Case No. 2:25-cv-09070-MCS-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss is denied and the Petition is construed as a motion under 28 U.S.C. § 2255.

Date: July 15, 2026

Mark C. Scarsi

MARK C. SCARSI
United States District Judge