**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MICHAEL LEON WATTS,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

No. CV 25-9070 PA
CR 16-644 PA
CR 16-645 PA

JUDGMENT

Pursuant to the Court's September 1, 2026 Minute Order denying the Motion to Vacate Conviction pursuant to 28 U.S.C. § 2255 filed by Petitioner Michael Leon Watts,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: September 1, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE